FREDERICK E. BREITHUT, Appellant and Respondent, *v.* TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK, Respondent and Appellant.

Argued April 14, 1947; decided May 15, 1947.

*Charles E. Murphy, Corporation Counsel (Michael A. Castaldi, Seymour B. Quel* and *Morris Weissberg* of counsel), for appellant.

*Edward L. Justin* and *Charles A. Cohen* for respondent.

Judgment affirmed, with costs to the plaintiff; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.